IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

TASHA M PHINIZEE,

    Plaintiff,

v.                                                CASE NO. 4:07-cv-00010-MP-AK

FEDERAL BUREAU OF PRISONS,
JOHN E POLK CORRECTIONAL FACILITY,

    Defendants.

_____/

## O R D E R

This matter is before the Court on Doc. 12, Report and Recommendation of the Magistrate Judge, recommending that this case be dismissed for failure to prosecute and failure to follow the orders of the court. The time for filing objections has passed, and none have been filed. The Court agrees with the Magistrate Judge that this case should be dismissed. Accordingly, it is

**ORDERED AND ADJUDGED:**

1.     The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2.     This action is DISMISSED, and the clerk is directed to close the file.

**DONE AND ORDERED** this  *28th*   day of July, 2008

                        *s/Maurice M. Paul*
                     Maurice M. Paul, Senior District Judge